UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Almco, Inc.,

Plaintiff,

v.

Bristol Compressors, Inc.,

Defendant.

Court File No. 01-CV-1671
DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO COUNTERCLAIM**

The parties, for good cause shown, agree and stipulate that Almco, Inc., shall have until November 20, 2001, to respond to the Counterclaim of Bristol Compressors, Inc.

Dated: Oct. 26, 2001

PETERSON, SAVELKOUL,
SCHLICHTING & DAVIES, LTD.

Donald W. Savelkoul
211 South Newton Avenue
Albert Lea, MN 56007
(507) 373-6491
(507) 373-7863 (facsimile)

ATTORNEYS FOR PLAINTIFF

Dated: Oct. 2, 2001

MACKALL, CROUNSE & MOORE, PLC.

Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (facsimile)
ATTORNEYS FOR DEFENDANT

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the stipulation of the parties, Almco, Inc., is granted until November 20, 2001, to respond to the counterclaim of Bristol Compressors, Inc.

Dated: 10/31/01

Magistrate Judge Arthur J. Boylan

JHT/jht/607649.1