UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Almco, Inc.,

Plaintiff,

v.

Bristol Compressors, Inc., and Bristol Compressors Purchasing, Inc.,

Defendants.

Court File No. 01-CV-1671 DWF/AJB

**STIPULATION AND ORDER FOR AMENDING SUMMONS AND COMPLAINT AND ANSWER AND COUNTERCLAIM**

The parties, for good cause shown, agree and stipulate that Plaintiff, Almco, Inc., shall be permitted to amend its Summons and Complaint and Defendants, Bristol Compressors, Inc. and Bristol Compressors Purchasing, Inc., shall be permitted to amend their Answer and Counterclaim. The deadlines referenced in the following Order are agreed to.

PETERSON, SAVELKOUL, SCHLICHTING & DAVIES, LTD.

Dated: November 30, 2001.

By: ______________________

Donald W. Savelkoul
Atty. Reg. No. 240680
211 South Newton Avenue
Albert Lea, MN 56007
(507) 373-6491
(507) 373-7863 fax
ATTORNEYS FOR PLAINTIFF



DEC 12 2001

MACKALL, CROUNSE & MOORE, PLC

Dated: December 6, 2001.

By: ______________________
Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (fax)
ATTORNEYS FOR DEFENDANTS

**ORDER**

Upon the stipulation of the parties, Plaintiff is granted until December 19, 2001, to serve and file its Amended Summons and Complaint, and Defendants are granted until January 18, 2001, to serve and file an Amended Answer and Counterclaim.

Dated: 12/7/01

______________________
Magistrate Judge Arthur J. Boylan