UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Almco, Inc.,

Plaintiff,

v.

Bristol Compressors, Inc., and
Bristol Compressors Purchasing, Inc.,

Defendants.

Court File No. 01-CV-1671
DWF/AJB

ORDER FOR JUDGMENT AND JUDGMENT

Based upon the stipulation of the parties, the above-entitled matter is hereby dismissed with prejudice, each party to bear its own costs and disbursements, including attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Apr. 130 2002

Judge of District Court

JHT/jht/624834.1

FILED APR 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 30 2002
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Almco, Inc.,

Plaintiff,

v.

Bristol Compressors, Inc., and Bristol Compressors Purchasing, Inc.

Defendants.

Court File No. 01-CV-1671 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties to this civil action, by their respective attorneys, hereby stipulate that all issues raised by the pleadings herein have been resolved. Accordingly, they hereby apply jointly to the Court for an Order directing entry of a judgment of dismissal with prejudice and without costs to any party, and they respectfully request that the Court enter such an Order and judgment immediately.

Dated: April 9, 2002

PETERSON, SAVELKOUL, SCHLICHTING, & DAVIES, LTD.

By: ______________________
Donald W. Savelkoul (#240680)
Patrick S. Collins (#0302557)
211 South Newton Avenue
Albert Lea, MN 56007
(507) 373-6491
(507) 373-7863 (fax)
ATTORNEYS FOR PLAINTIFF



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

MACKALL, CROUNSE & MOORE, PLC

Dated: April 21, 2002.

By: [signature]

Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (fax)
ATTORNEYS FOR DEFENDANTS